IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TONYA MILLICAN                                                                                           PLAINTIFF

VS.                                        4:21-CV-00090-BRW

ABC FITNESS SOLUTIONS                                                                           DEFENDANT

## ORDER

Pending is a Renewed Motion to Dismiss With Prejudice and to Approve Settlement (Doc. No. 15).

The parties submitted the necessary documents for me to review the settlement negotiations, and I have looked through them.  Although Defendant jumped the gun at one point and discussed fees before liability was resolved, Plaintiff appropriately declined to discuss fees at that time.  Based on the submitted correspondence, once liability was finalized, the fees issue was separately resolved.

Accordingly, the Joint Motion to Dismiss With Prejudice and to Approve Settlement (Doc. No. 15) is GRANTED.  This case is DISMISSED with prejudice, subject to the terms of the settlement agreement.  This Court specifically retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED this 13th day of September, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE